IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
|     Plaintiff-Appellee,    ) | |
| ) | |
| vs.    ) | DOCKET NO. 13-4793 |
| ) | |
| OSMAN WHITE,    ) | |
|     Defendant-Appellant.    ) | |

_____

MOTION FOR DECONSOLIDATION OF APPEALS AND
ENLARGEMENT OF TIME FOR FILING BRIEFS

    NOW COMES the Appellant Osman White, by and through the undersigned Counsel, and pursuant to Rules 26 and 27 of the Federal Rules of Appellate Procedure, moves the court to deconsolidate his cases from another appellant, and enlarge the time for filing the Appellant's Brief in this matter by 30 days. In support of this motion, Appellant offers the following:

    (1) Pursuant to a Plea Agreement, Appellant entered a plea to two unrelated cases in the Western District of North Carolina on August 29, 2012. He was sentenced on these matters in a single judgment on August 29, 2013 and thereafter entered timely notice of appeal.

    (2) On October 17, 2013, the court entered and order consolidating this appeal with that of co-defendant Appellant Otis Sutton (13-4795).

    (3) In conferring about the Joint Appendix, counsel for both appellants

believed that they would be filing Anders briefs and relying on the District Court docket to serve as the appendix.

(4)  During consultations with Appellant White over the past few days, Counsel has concluded that it will be necessary to file a substantive brief. The issue presented will require filing a Joint Appendix separate from the record upon which Sutton will rely. That appendix will take several more days to prepare and will delay final drafting of the brief.

WHEREFORE, Appellant White moves the court for an order deconsolidating his appeal from Appellant Sutton, and requests that the time for filing his opening brief be enlarged 30 days.

Respectfully submitted, this the 22nd day of January, 2014.

_____
s/ANTHONY G. SCHEER
Rawls, Dickinson & Scheer, P.A.
1011 E. Morehead Street, Suite 300
Charlotte, North Carolina 28204
(704)-376-3200
tscheer@rdslaw.com

CERTIFICATE OF SERVICE

      I hereby certify that on this day, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, which will send notice of such filing to the following registered CM/ECF user:

      AUSA Amy Ray
      amy.ray@usdoj.gov

      J. Edward Yeager, Jr.
      yeager@ncappeals.net

This the 22nd day of January, 2014.

                                                                                                               _____
s/ANTHONY G. SCHEER
Rawls, Dickinson & Scheer, P.A.
1011 E. Morehead Street, Suite 300
Charlotte, North Carolina 28204
(704)-376-3200
tscheer@rdslaw.com