FILED: January 22, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-4793
(3:11-cr-00141-MOC-1)
(3:12-cr-00013-MOC-1)

_____

UNITED STATES OF AMERICA

  Plaintiff - Appellee

v.

OSMAN WHITE

  Defendant - Appellant

_____

No. 13-4795
(3:12-cr-00013-MOC-DCK-6)

_____

UNITED STATES OF AMERICA

  Plaintiff - Appellee

v.

OTIS SUTTON

  Defendant – Appellant

_____

O R D E R

_____

The court grants the motion to deconsolidate and deconsolidates further proceedings on appeal in these cases.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk