**UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT
OFFICE OF THE CLERK**

1100 East Main Street, Suite 501
Richmond, Virginia 23219-3517
www.ca4.uscourts.gov

Patricia S. Connor
Clerk

Telephone
804-916-2700

February 27, 2014

Ms. Amy Elizabeth Ray
OFFICE OF THE UNITED STATES ATTORNEY
United States Courthouse
100 Otis Street
Room 233
Asheville, NC 28801-0000

Mr. Anthony Glen Scheer
RAWLS, SCHEER, FOSTER & MINGO, PLLC
1011 East Morehead Street
Suite 300
Charlotte, NC 28204-0000

No.   13-4793,   <u>US v. Osman White</u>
                 3:11-cr-00141-MOC-1, 3:12-cr-00013-MOC-1

Dear Amy Ray:

     We are in receipt of your notice requesting the government be relieved from the obligation of filing a response brief. The notice states appellant filed a brief pursuant to *Anders v. California*. This is correct in regards to issue two raised in appellant's opening brief. However, the court does not construe the opening brief to be an Anders brief because the first issued raised is a merit issue. An Anders notice will not be issued in this appeal. The current deadline for filing the government's response brief is March 31, 2014.

Sincerely,

/s/ RJ Warren
Deputy Clerk